In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00134-CV


______________________________





IN THE INTEREST OF A.D.A. AND S.L.A., CHILDREN





 


On Appeal from the 115th Judicial District Court


Marion County, Texas


Trial Court No. 0700108A




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Kevin Shawn Armstrong filed a pro se notice of appeal November 13, 2008. Because this
Court initially determined Armstrong desired to appeal from the final decree of divorce, we allowed
the appeal to proceed. Armstrong has now informed this Court that his desire was to appeal from
the trial court's temporary order entered the same date as the final decree of divorce. Orders of this
type are not subject to interlocutory appeal. Tex. Fam. Code Ann. § 105.001(e) (Vernon 2008). 
Therefore, this Court is without jurisdiction to hear this appeal.

 We dismiss the appeal for want of jurisdiction.



 Bailey C. Moseley

 Justice


Date Submitted: February 12, 2009

Date Decided: February 13, 2009